PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Eddie Smith    Docket No. 1:21CR0002-1

## Petition for Action on Conditions of Pretrial Release

COMES NOW Linda Cano, pretrial services officer, presenting an official report upon the conduct of defendant Eddie Smith, who was placed under pretrial release supervision by the Susan Hightower, sitting in the court at Austin, Texas, on the 15th date of April, 2021 under the following conditions:

7(m) Refrain from the use of any unlawful possession of narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 3, 2021, the defendant submitted to a random drug screening which tested positive for marijuana. On May 12, 2021, the defendant admitted to U.S. Pretrial Services that he has smoked the substance every other day since his release to cope with stress. On this date, the defendant was referred to individual substance abuse counseling sessions to identify his triggers and learn coping skills.

PRAYING THAT THE COURT WILL ORDER It is respectfully recommended the Court take no action at this time and allow the defendant to participate in substance abuse treatment.

### ORDER OF COURT

Considered and ordered this 12th day of May, 2021 and ordered filed and made a part of the records in the above case.

Honorable Susan Hightower

U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 05/12/2021

U.S. Pretrial Services Officer    Phone Number  +1 (512) 391-8839

Supervisory
U.S. Pretrial Services Officer    Phone Number  +1 (210) 818-7861

Place   U.S. Pretrial Services Office
        501 W. 5th Street, Ste. 3200
        Austin, Texas 78206