# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| *Plaintiff* § | |
| § | |
| v. § | 1:21-cr-00002-LY |
| § | |
| **EDDIE SMITH** § | |
| *Defendant* § | |

## Order Amending Conditions of Pretrial Release

Defendant Eddie Smith appeared before the Court for a Bond Status Hearing on October 18, 2021. In accordance with the Court's verbal order, Additional Condition of Release 7(f) of the Order Setting Conditions of Release (Dkt. 15) is hereby amended as follows:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Unless otherwise approved by the Court or U.S. Pretrial Services, travel is restricted to Coryell County and the surrounding counties. The defendant may travel to Austin, Texas for work and court purposes, including meeting with counsel.

Defendant remains subject to all other conditions in the Court's Order Setting Conditions of Release (Dkt. 15).

**SIGNED** October 18, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1